In the Matter of the Application of Harry Frumkin for Admission to the Bar and the Removal from the Files of the Clerk of a Certificate of the Com-

mittee on Character and Fitness of the Fourth Judicial District.— Application denied.